# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yakira Sudler<br>    Debtor<br><br>Credito Real USA Finance, its successors and/or assigns<br>    Movant<br>  vs.<br>Yakira Sudler<br>    Debtor<br><br>Scott Waterman<br>    Trustee | CHAPTER 13<br><br>NO. 19-12138 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Notice of Appearance of Credito Real USA Finance, which was filed with the Court on or about **7/30/2019; Docket No. 19**.

              Respectfully submitted,

              **/s/ Kevin G. McDonald, Esquire**
              Kevin G. McDonald, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              412-430-3594

July 30, 2019