## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Yakira Sudler                          CHAPTER 13

                                              BKY. NO. 19-12138 AMC

                    Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Credito Real USA Finance and index same on the master mailing list.


           Respectfully submitted,
           **/s/ Kevin G. McDonald, Esq.**
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322