# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yakira Sudler<br>　　　　　　　　　　Debtors<br><br>Credito Real USA Finance, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs.<br>Yakira Sudler<br>　　　　　　　　　　Debtors<br><br>Scott Waterman<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-12138 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Amended Document re: Notice of Appearance of Credito Real USA Finance, which was filed with the Court on or about **07/31/2019**; **Docket No. 21.**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　412-430-3594

August 1, 2019