# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Yakira Sudler | : | Chapter 13 |
|              Debtor | : | No. :  19-12138-amc |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Yakira Sudler, effective immediately, to:

2562 Rambling Way

Lithonia, GA 30058

ROSS, QUINN & PLOPPERT, P.C.

By:     /s/ Joseph Quinn_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: August 22, 2019