IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yakira Sudler<br>　　　　　Debtor<br><br>AFS Acceptance LLC<br>　　　　　Movant<br>vs.<br><br>Yakira Sudler<br>　　　　　Debtor<br><br>Scott Waterman<br>　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-12138 AMC |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, AFS Acceptance LLC, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2008 MAZDA CX-9-V6 Utility 4D Sport AWD - VIN: JM3TB38V980133738 in a commercially reasonable manner.

Signed this 19th day of Sept., 2019.

_____
UNITED STATES BANKRUPTCY JUDGE