**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Yakira Sudler, | : | Chapter 13 |
| Debtor | : | Case No.: 19-12138-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and November 13, 2019 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on November 13, 2019:*

Marie Foster, Bankr. Analyst
American Credit Acceptance
961 E. Main Street
Spartanburg, SC 29302

*Via Electronic Filing (ECF) on November 13, 2019:*

Kevin G. McDonald on behalf of Creditor AFS Acceptance LLC and Credito Real USA Finance
bkgroup@kmllawgroup.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman, Esq.
ecfmail@readingch13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott Waterman, Esq., Chapter 13 Trustee
ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com

          **ROSS, QUINN & PLOPPERT, P.C.**

        By: */s/ Joseph Quinn*
           Joseph Quinn, Esquire
           Attorney I.D. No. 307467
           192 S. Hanover Street, Suite 101
           Pottstown, PA 19464
           T: 610.323.5300
           F: 610.323.6081
           jquinn@rqplaw.com
Date: November 13, 2019      Counsel for Debtor

1