# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Yakira Sudler,                    :        Chapter 7
          Debtor              :        No. :  19-12138-amc
                                   :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new mailing address for debtor Yakira Sudler, effective immediately, to:

      1611 Meade Street
      Reading, PA 19607


ROSS, QUINN & PLOPPERT, P.C.

By:   /s/ Joseph Quinn
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@rqplaw.com

Date: December 19, 2019