# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Yakira Sudler,            :       Chapter 13
           Debtor       :       No. : 19-12138-pmm
                                  :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

    Kindly update the Court's records to reflect a new physical address for debtor Yakira Sudler, effective immediately, to:

        1611 Meade Street
        Reading, PA 19607

        ROSS, QUINN & PLOPPERT, P.C.

        By:    /s/ Joseph Quinn_____
                  Joseph Quinn, Esquire
                  Attorney I.D. No. 307467
                  192 S. Hanover Street, Suite 101
                  Pottstown, PA 19464
                  T: 610.323.5300
                  F: 610.323.6081
                  JQuinn@rqplaw.com

Date: April 1, 2020