United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yakira Sudler  
Yakira Sudler  
       Debtors

Case No. 19-12138-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Virginia     Page 1 of 1     Date Rcvd: Jun 11, 2020  
                                  Form ID: 155     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.  
db         #+Yakira Sudler,    1611 Meade Street,    Reading, PA 19607-1507  
db         #+Yakira Sudler,    MAILING ADDRESS,    1611 Meade Street,    Reading, PA 19607-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:  
         JOSEPH L QUINN     on behalf of Debtor Yakira   Sudler CourtNotices@rqplaw.com  
         KEVIN G. MCDONALD     on behalf of Creditor     AFS Acceptance LLC bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD     on behalf of Creditor     Credito Real USA Finance bkgroup@kmllawgroup.com  
         ROLANDO RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ecfmail@readingch13.com  
         SCOTT   WATERMAN     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Yakira Sudler and Yakira Sudler
      Debtor(s)

Chapter: 13
Bankruptcy No: 19−12138−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 11, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge ,
                                      United States Bankruptcy Court