| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-12138-PMM

YAKIRA SUDLER
1611 MEADE STREET
READING  PA   19607

Petition Filed Date: 04/03/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 06/11/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/13/2019 | $300.00 | 25848089627 | 06/12/2019 | $300.00 | Monthly Plan P | 08/14/2019 | $300.00 | Monthly Plan P |
| 08/28/2019 | $300.00 | Monthly Plan P | 01/10/2020 | $250.00 | 26177253636 | 03/10/2020 | $750.00 | 26446773464 |
| 07/17/2020 | $500.00 | 26698131641 | | | | | | |

**Total Receipts for the Period:  $2,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,275.00 | $1,993.00 | $1,282.00 |
| 1 | NPRTO NORTH-EAST LLC<br>»» 001 | Unsecured Creditors | $1,569.41 | $0.00 | $1,569.41 |
| 2 | AFS ACCEPTANCE, LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $799.16 | $0.00 | $799.16 |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 004 | Unsecured Creditors | $1,301.56 | $0.00 | $1,301.56 |
| 5 | AMERICAN CREDIT ACCEPTANCE<br>»» 005 | Secured Creditors | $9,487.68 | $0.00 | $9,487.68 |
| 6 | FEDERAL LOAN SERVICING<br>»» 006 | Unsecured Creditors | $56,126.25 | $0.00 | $56,126.25 |

**Chapter 13 Case No. 19-12138-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $1,993.00 | Arrearages: | $750.00 |
| Paid to Trustee: | $257.00 | Total Plan Base: | $14,450.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.