**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Yakira Sudler,                                   :          Chapter 13
             Debtor                         :          No. :  19-12138-pmm
                                            :

**PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Yakira Sudler, effective immediately, to:

541 S 11th Street

Reading, PA 19602-2001

ROSS, QUINN & PLOPPERT, P.C.

By:      /s/ Joseph Quinn
          Joseph Quinn, Esquire
          Attorney I.D. No. 307467
          192 S. Hanover Street, Suite 101
          Pottstown, PA 19464
          T: 610.323.5300
          F: 610.323.6081
          JQuinn@rqplaw.com

Date: October 30, 2020