United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12138-pmm |
| Yakira Sudler | Chapter 13 |
| Yakira Sudler | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Yakira Sudler, 541 S 11th Street, Reading, PA 19602-2001 |
| db | #+ | Yakira Sudler, MAILING ADDRESS, 1611 Meade Street, Reading, PA 19607-1507 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Credito Real USA Finance, 1475 W. Cypress Creek Road, Suite 300, Ft. Lauderdale, FL 33309-1931 |
| 14301014 | + | Afsacceptanc, 101 Ne 3rd Ave, Fort Lauderdale, FL 33301-1162 |
| 14364308 | + | Credito Real USA Finance, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14365827 | + | Credito Real USA Finance c/o Kevin G. McDonald, Es, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14301018 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14364753 | + | J. WARD HOLLIDAY & ASSOCIATES, P.C. c/o Kevin G. M, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14441945 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14344437 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2020 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2020 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14310550 | + | Email/Text: bk@afsacceptance.com | Nov 21 2020 01:47:00 | AFS Acceptance, LLC, 1475 W Cypress Creek Rd #300, Fort Laudedale, FL 33309-1931 |
| 14333995 | + | Email/Text: g20956@att.com | Nov 21 2020 01:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14301015 | + | Email/Text: bankruptcy@acacceptance.com | Nov 21 2020 01:47:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 14301016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 21 2020 01:48:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14301017 | + | Email/Text: bknotice@ercbpo.com | Nov 21 2020 01:47:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |

| | | | | |
|---|---|---|---|---|
| 14313540 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2020 02:37:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14301019 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2020 02:38:27 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14310221 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 21 2020 01:47:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

**Name**      **Email Address**

JOSEPH L QUINN
    on behalf of Debtor Yakira Sudler CourtNotices@rqplaw.com

KEVIN G. MCDONALD
    on behalf of Creditor AFS Acceptance LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Credito Real USA Finance bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　YAKIRA SUDLER<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-12138-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 19, 2020**

　　　　　　　　　　　　　　　　　　　_Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE